Veronica Stark, Appellant, v. William Stark, Appellee, John and Isabellee Rubien, and Casimir Griglik, Intervenors.

## Gen. No. 46,829. (Abstract of Decision.)

First District, Third Division.
May 2, 1956.
Released for publication June 14, 1956.

Sol R. Friedman & I. S. Friedman, and Jerome Berkson, for appellant; Gariepy and Gariepy, for appellees; Fred A. Gariepy, and John Spalding, of counsel. Opinion by JUDGE KILEY. **Not to be published in full.**